

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00215-CR
## No. 10-16-00216-CR

**MICHAEL BERNARD,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court Nos. D35845-CR & D35916-CR

## ABATEMENT ORDER

The appellant's briefs are overdue in these appeals.

We abate these appeals to the trial court to conduct any necessary hearings within

14 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2)

and (3).  TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 21 days of the date of this Order. *See id.*

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed October 12, 2016

